IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:99CR52-18

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| STEVE NOAH CRAIG. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant's Motion to Waive Detention Hearing. Having considered defendant's Motion to Waive Detention Hearing and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Waive Detention Hearing (#465) is **GRANTED,** and the detention hearing scheduled for April 20, 2006, is cancelled. The court shall enter a separate Order of Detention Pending Trial detaining the defendant.

Signed: April 19, 2006

Dennis L. Howell
United States Magistrate Judge